IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLEGHENY LUDLUM, LLC,

                    *Plaintiff,*

          v.

LIBERTY MUTUAL INSURANCE
COMPANY, *et al,*

                    *Defendants.*

Civil Action No. 2:17-cv-1243

Hon. William S. Stickman, IV

### ORDER OF COURT

AND NOW, this ⎯⎯ day of September 2020, for the reasons set forth in the Court's Opinion filed this same day, IT IS HEREBY ORDERED that Liberty Mutual Fire Insurance Company's and Liberty Mutual Insurance Company's motion for summary judgment (ECF No. 132), Continental Casual Company's motion for summary judgment (ECF No. 136), United States Fidelity & Guaranty Company's motion for summary judgment (ECF No. 140), and Hartford Casualty Insurance Company's and Hartford Accident and Indemnity Company's motion for summary judgment (ECF No. 144) are **GRANTED**. Allegheny Ludlum, LLC's partial motions for summary judgment (ECF Nos. 148, 150, and 152) are **DENIED**.

BY THE COURT:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE